No. 249, Misc. BERNSTEIN *v.* NATIONAL BROADCASTING Co., INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Nathan M. Brown* for petitioner. *Percy A. Shay* and *Sidney H. Willner* for respondent.

No. 326. NUNN *v.* CALIFORNIA, *ante,* p. 883; and

No. 333. SALES AFFILIATES, INC., *v.* HELENE CURTIS INDUSTRIES, INC., ET AL., *ante,* p. 879. Petitions for rehearing denied.

No. 190. ELLIS *v.* OHIO TURNPIKE COMMISSION ET AL., *ante,* p. 806. Rehearing denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

DECEMBER 11, 1956.

No. 412, Misc. MAYES *v.* RANDOLPH, WARDEN. On petition for writ of certiorari to the Criminal Court of Cook County, Illinois. Dismissed on motion of petitioner pursuant to Rule 60 of the Rules of this Court.

DECEMBER 17, 1956.

No. 2, Original. WISCONSIN ET AL. *v.* ILLINOIS ET AL.;
No. 3, Original. MICHIGAN *v.* ILLINOIS ET AL.; and
No. 4, Original. NEW YORK *v.* ILLINOIS ET AL.

*Per Curiam:* In view of the emergency in navigation caused by low water in the Mississippi River, Paragraph 3 of the decree in these causes issued on April 21, 1930 [281 U. S. 696], is temporarily modified to permit the diversion